445 A.2d 99

**ESTATE OF Dora H. MAXANER, Deceased.**

**Appeal of Catherine L. BECERRA.**

Supreme Court of Pennsylvania.

Argued April 21, 1982.

Decided May 19, 1982.

J. Brian Foley, John T. McLane, Scranton, for appellant.

John T. Stieh, John J. Schneider, Milford, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## DECREE

PER CURIAM.

Decree vacated and case remanded for hearing on merits. Each party pay own costs.